

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,295-01

### EX PARTE BEN AREVALO, III, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20-00382-CRF-85-A IN THE 85TH DISTRICT COURT
### FROM BRAZOS COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of aggravated kidnapping with a deadly weapon and sentenced to 35 years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *Arevalo v. State,* No. 13-22-00338-CR (Tex. App.–Corpus Christi-Edinburg April 6, 2023) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that appellate counsel failed to timely inform Applicant that his conviction had been affirmed. Based on the record, the trial court made findings and conclusions and determined that Applicant was denied the right to file a *pro se* PDR through no fault of his own. The trial court recommended that we grant Applicant an out-of-time PDR. We agree. On this record,

there was a breakdown in the system. *Ex parte Riley,* 193 S.W.3d 900, 902 (Tex. Crim. App. 2006).

Relief is granted. Applicant may file an out-of-time petition for discretionary review of the judgment of the Thirteenth Court of Appeals in cause number 13-22-00338-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 10, 2024
Do not publish